# United States Court of Appeals for the Fifth Circuit

No. 26-30205
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 4, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Brandon J. Taylor,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:24-CR-15-1

Before Clement, Haynes, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Brandon J. Taylor appeals his conviction for possession of a firearm after a felony conviction, in violation of 18 U.S.C. § 922(g)(1). On appeal, he contends that § 922(g)(1) violates the Second Amendment on its face and as applied to him. However, he concedes that these arguments are foreclosed.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 26-30205

The Government has moved without opposition for summary affirmance, or, alternatively, for an extension of time to file a brief.

The parties are correct that Taylor's arguments are foreclosed. *See United States v. Diaz*, 116 F.4th 458, 471–72 (5th Cir. 2024), *cert. denied*, 145 S. Ct. 2822 (2025). Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), the Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED as moot, and the district court's judgment is AFFIRMED.